IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

      Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

      Defendants.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

The Plaintiffs' "Unopposed motion to cancel the contempt hearing scheduled for 9/2/05" filed July 25, 2005 is DENIED.

Dated: July 26, 2005