IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**ORDER**

---

The motion to release Kay Sieverding from jail (#596) is DENIED.

Dated this  23rd  day of September, 2005.

    BY THE COURT:

    s/Edward W. Nottingham
    EDWARD W. NOTTINGHAM
    United States District Judge