IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

     Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

     Defendants.

---

**ORDER**

---

     Upon due consideration, it is

     ORDERED that the motions for an explanatory order (#598), for the court to identify

statute (#602), and for legal authority (#603) are DENIED.

     Dated this  _28th_  day of September, 2005.

                       BY THE COURT:

                       s/Edward W. Nottingham
                       EDWARD W. NOTTINGHAM
                       United States District Judge