IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**ORDER**

---

Upon due consideration, it is

ORDERED that the motion for court to supply essential elements (#604) is DENIED.

Dated this 29th day of September, 2005.

        BY THE COURT:

        s/Edward W. Nottingham
        EDWARD W. NOTTINGHAM
        United States District Judge