IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950-EWN-OES

KAY SIEVERDING,
DAVID SIEVERDING,
ED SIEVERDING, and
TOM SIEVERDING,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.,

    Defendants.

## ORDER

The motion for judicial notice (#608) and the motion for special prosecutor (#609) are both meritless and are therefore DENIED.

Dated this 18th day of October, 2005.

                BY THE COURT:

                /s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge