IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950-EWN-OES

KAY SIEVERDING,
DAVID SIEVERDING,
ED SIEVERDING, and
TOM SIEVERDING,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.,

    Defendants.

## ORDER

This case is before the court on a welter of motions filed by Kay Sieverding. The court has reviewed the motions and determines them to be without merit. Accordingly it is

ORDERED that the motions docketed as ## 611–614, 617, 619, 620-622, and 624-631 are hereby DENIED.

Dated this 1st day of November, 2005

                                            BY THE COURT:

                                            /s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge