IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

**ORDER**

The main matter before the court is the motion of Plaintiff Kay Sieverding to disqualify both the district and magistrate judges assigned to her case (#634). Plaintiff relies on 28 U.S.C. § 455. She suggests that the impartiality of both judicial officers "might reasonably be questioned" by a reasonable, disinterested observer. She also alleges that both judicial officers have a financial interest in the outcome of her case. The motion must be denied, for two reasons. First, concerning the allegation of financial interest, the assertion is incomprehensible and untrue. Second, the allegations of partiality are all based on actions which the judicial officers have taken in Plaintiff's case, culminating in jailing Plaintiff for contempt of court. Such actions are not the basis for a motion to disqualify. Accordingly, it is

ORDERED as follows:

1. The motion to disqualify (#634) is DENIED.

2. The motions docketed as ## 633 and 635 are likewise DENIED as meritless.

Dated this 8th day of November, 2005.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge