IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The Motion Under Canons II & III to clarify (#636, filed November 7, 2005) is DENIED.

Dated: November 8, 2005