IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

# MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Repeated Motion for Court to State When and Under What Terms Sieverding Will be Released for Jail" (#639, filed November 8, 2005), the "Motion to Allow David Sieverding to Rejoin 05-cv-01283" (#640, filed November 8, 2005), and #643, filed November 8, 2005, are DENIED.

Dated: November 10, 2005