IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The court has reviewed the motions and materials docketed as ## 646, 647, 652, 653, and 654. The court finds and concludes that they are without merit. Accordingly, it is ORDERED that the referenced motions be DENIED.

Dated: November 17, 2005