IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The requests and motions docketed by Ms. Sieverding as ## 663, 664, and 665 are all without merit and are, accordingly, DENIED.

Dated: November 30, 2005