IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

Ms. Sieverding's latest motion for release from jail (#671) and her objection to a previous order (#672) are without merit and are DENIED and OVERRULED.

The motion to recognize "American Jurisprudence" as legal authority (#670) is GRANTED.

Dated: November 30, 2005