IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**ORDER**

---

On November 30, 2005, this court entered an order (#673) granting Kay Sieverding's motion (#670) to recognize the publication "American Jurisprudence." The court did so solely because it believed that such well-known legal publications can be judicially noticed under Fed. R. Evid. 201, not because it believes that Ms. Sieverding's stringing together of quotations from the publication has a scintilla of merit or relevance to her current situation. In an apparent celebration of what she seems to regard as a good thing, she has filed a welter of additional motions of the same genre, docketed at ##681 – 684. They will all be granted, but the court cautions that they get her not one inch toward release. It is the court's strong belief that Ms. Sieverding holds the keys to her jail cell, that, in her heart of hearts, she knows it, and that the hundreds of frivolous

papers with which she has peppered the court are nothing more than petulant harassment. Upon these findings and conclusions, it is

ORDERED that the referenced motions — ##681 – 684) are all GRANTED.

Dated this 6th day of December, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge