IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge

The court has reviewed Ms. Sieverding's motions docketed as ## 690 through 696. They are without merit and are thus DENIED.

Dated: December 6, 2005