IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**ORDER**

---

The main matter before the court is the Newspaper Defendants' Motion for Further Relief Based Upon New Contempt by Kay Sieverding. It is

ORDERED that Plaintiffs Kay Sieverding and David Sieverding shall personally appear in open court on Wednesday, **January 4, 2006**, at 9:30 o'clock a.m., to show cause why the relief requested in Newspaper Defendants' motion should not be granted.

Dated this 12th day of December, 2005.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge