IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

# MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge

The following motions filed by Ms. Sieverding, being without merit, are DENIED: ##718, 719, 720, and 721. SO ORDERED.

Dated: December 16, 2005