IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge

The following motions filed by Ms. Sieverding are determined to be without merit and are therefore DENIED:  ##742, 743, 745, 748, 749, 750, 751, 753, and 754.

Dated: December 30, 2005