IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge

The motions docketed as ##760 and 764 filed by Ms. Sieverding are DENIED.

Dated: January 4, 2006