**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

January 25, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2006

GREGORY C. LANGHAM
CLERK

NOTIFICATION OF MAILING

Re:    06-1023, In re: Sieverding v. -
       Dist/Ag docket:  02-CV-1950

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Ms. Kay Sieverding
641 Basswood Ave.
Verona, WI 53593

Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

_____
DEPUTY CLERK

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In re: KAY SIEVERDING,

Petitioner.

No. 06-1023

ORDER
Filed January 25, 2006

Before **BRISCOE**, **LUCERO**, and **HARTZ**, Circuit Judges.

Kay Sieverding, appearing pro se, has filed a petition for a writ of mandamus. Although it is not clear what Ms. Sieverding wants this court to do in terms of mandamus relief, it does appear that she is challenging the validity of the district court's January 4 order imposing broad filing restrictions. Because this order is appealable, mandamus relief is unavailable. *See Weston v. Mann (In re Weston)*, 18 F.3d 860, 864 (10th Cir. 1994) (mandamus "is not a substitute for appeal"). The petition for mandamus is therefore DENIED.

Because Ms. Sieverding is proceeding pro se, however, and because the mandamus petition was filed within the time period for taking an appeal from the district court's ruling, we will construe the petition as a notice of appeal. *See United States v. Gunderson*, 978 F.2d 580, 583-84 (10th Cir. 1992). The Clerk is directed to forward a copy of Ms. Sieverding's pleading to the district court to

be construed as a notice of appeal from the district court's January 4, 2006 order imposing injunctive relief. The date of filing shall be the original date of filing in this court. Following receipt of the preliminary record, this court will open an appeal and the matter will proceed in the usual course in accordance with Fed. R. App. P. 31 and this court's rules.

                                  Entered for the Court
                                  ELISABETH A. SHUMAKER, Clerk

                                  By: *[signature]*
                                       Deputy Clerk