IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01950-EWN-OES

KAY SIEVERDING, et al,

        Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al,

        Defendants.

ORDER TO CURE DEFICIENCY

Nottingham, Judge

        Plaintiff submitted a Petition for Writ of Extraordinary Writ being treated as a Notice of Appeal on January 18, 2006 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u>X</u>   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      <u>X</u>   is not submitted
      <u>  </u>   is not on proper form (must use the court's current form)
      <u>  </u>   is missing original signature by plaintiff/petitioner on motion
      <u>  </u>   is missing affidavit
      <u>  </u>   affidavit is incomplete
      <u>  </u>   is missing original signature by plaintiff/petitioner on affidavit
      <u>  </u>   affidavit is not notarized or is not properly notarized
      <u>  </u>   other<u>                                </u>

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 30th day of January, 2006.

BY THE COURT:

s/ Edward W. Nottingham
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO