IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

Plaintiff's "Motion to cancel scheduled hearing on 2/14/06" (#800, filed February 10, 2006) is DENIED. It appears no motions to dismiss have been filed for cases 05-cv-1283 and 05-cv-1672 in the United Stated District Court for the District of Columbia.

Dated: February 13, 2006