IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

# ORDER

    The notice filed as Docket No. 806 by David and Kay Sieverding reveals a misunderstanding of the court's previous orders. It is therefore

    ORDERED as follows:

    1.    Nothing in the court's orders precludes any attorney admitted to practice before this court, including Attorney O'Malley, from filing papers in any court.

    2.    Nothing in the court's orders precludes either plaintiff, acting pro se, from filing papers *with this court.*

    3.    Therefore, Kay and David Sieverding may, within eleven days from the date of this order, file further materials in opposition to any pending attorney fee request by defendants.

Dated this 15th day of February, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge