# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 02-cv-01950-EWN-OES

KAY SIEVERDING, et al.

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.

    Defendants.

---

# ORDER

---

This matter is before the court on the MOTION for 10th Circuit Reconsideration of Attorney Time Bills not Awarded as Final Judgment (#814) filed by Ms. Sieverding on February 17, 2006. Upon consideration of the paper, it is

ORDERED as follows:

1. If this is a motion for this court to reconsider any issue concerning attorney fees, it is DENIED.

2. Upon the conclusion that plaintiff may have intended to appeal and that the clerk of this court may have docketed the paper erroneously, the clerk shall treat the paper as a notice of appeal and process it as such.

Dated this 22nd day of February, 2006.

                BY THE COURT

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judg