IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01950-EWN-OES

KAY SIEVERDING, et al,

      Plaintiffs.

v.

COLORADO BAR ASSOCIATOIN, et al,

      Defendants.

## ORDER TO CURE DEFICIENCY

Nottingham, Judge

Plaintiff submitted a Motion for 10th Circuit Reconsideration of Attorney Time Bills not Awarded as Final Judgment on February 17, 2006 now being treated as a Notice of Appeal pursuant to Order dated February 22, 2006 .  The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if she wishes to pursue this appeal.

**(A)**    **Filing Fee**
       X    is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       X    is not submitted
       ___ is not on proper form (must use the court's current form)
       ___ is missing original signature by plaintiff/petitioner on motion
       ___ is missing affidavit
       ___ affidavit is incomplete
       ___ is missing original signature by plaintiff/petitioner on affidavit
       ___ affidavit is not notarized or is not properly notarized
       ___ other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 23rd day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO