IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

## ORDER

    This matter comes before the court on Ms. Sieverding's request to scan exhibits (#838) filed March 7, 2006.  The exhibits in question, like the exhibits attached to her myriad other filings in this case, are voluminous and appear to shed little or no light on any issue.  In the world of electronic filing in this court, one way of accomplishing the filing (in the case of a *pro se* litigant who has not taken the prescribed course of training) would be for the clerk to scan the exhibits into the electronic record.  In this instance, however, the court directed the clerk to treat the voluminous exhibits as conventionally filed documents under section V.H.6 of the court's Electronic Case Filing Procedures (Civil Version 2.0).  Contrary to Ms. Sieverding's suggestion, the documents are indeed a part of the public record and remain open for inspection.  The court

does not, however, spend the time and resources necessary to scan them into the system, and Ms. Sieverding remains responsible for serving them on other parties. Accordingly, it is

    ORDERED that the request (#838) be DENIED.

    Dated this 13th day of March, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge