IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

## **MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The motion that the court be required to follow all rules of civil procedure (#843) filed March 13, 2006, is GRANTED.

Dated: March 13, 2006