IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

## ORDER

---

    This comes before the court on a welter of motions to strike various aspects of Defendants' claims for attorney fees, which Ms. Sieverding characterizes as "apparently unopposed" (##845–849).  Upon consideration of the motions, the court finds and concludes that, to the extent that the motions are even decipherable, they are frivolous.  Accordingly, it is

    ORDERED that the referenced motions be DENIED.

    Dated this 17th day of March, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge