FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 3 2006

GREGORY C. LANGHAM
CLERK

United States Court District of Colorado

Sieverding et al                     02-cv-1950

v.                                Judge Nottingham

Colorado Bar Association et al.

Motion under Appellate Rule 17 b(3) for the exhibits attached to D. 465 02-1950 attorney bills from defense counsel Brougham and defendant Lettunich.

Three copies of these exhibits were submitted in paper form and mailed to all the defense counsel as well as plaintiff. The clerk's office now tells plaintiff that they are missing from the court records.

On 7/27/06, plaintiff filed a motion for a copy of them in the 10th Circuit. She conferred with the defendants prior to filing that. She emailed, mailed, and faxed a copy of the motion to Mr. Brougham, who had filed a lien for them against plaintiffs in Wisconsin. However, he has not supplied another copy.

Plaintiff is missing a couple of pages. These exhibits include about 29 itemizations for otherwise unrecorded ex parte conferences with the court. (One example is attached.) They itemize calls from the Colorado Attorney General and Colorado Insurance Commissioner about the case to Mr. Brougham. Brougham represented the 4 state employees in this action (Wittemyer, Lance, St. James and McLimans). The State of Colorado hired Hall and Evans to defend this action. The bills also include three different occasions in which Mr. Brougham billed to review an order before it had been issued or could have been received through the mail. He billed to review the order transferring the case from Judge Matsch to Judge Nottingham two days before the order issued. He billed to review the dismissal by Magistrate Schlatter on the same day it was issued in paper and mailed. He billed to review the order by Magistrate Schlatter striking

1

plaintiffs summary judgment motions "because they were not objections", a week before the order was issued. These bills also show repeated phone calls from the director of the Colorado Bar Association to Mr. Brougham. They show a long distance conference call from Mr. Lettunich and Mr. Brougham to Magistrate Schlatter. They show that the defense researched whether or not in pauperious law was applicable to this case and their discussions about getting an injunction against further litigation which, of course, was impossible legally under the All Writs Act since there was no final judgment from a jury trial or summary judgment as required by the Colorado Revised Statutes Court Proceedings. The missing bills also show that Mr. Lettunich asked the Routt County District Attorney to refuse to tell plaintiff the probable cause for the criminal prosecution of her by their office in 2000 and to not prosecute the Steamboat city manager, Paul Hughes, for false government certificate although the evidence provided was adequate to convict him of a felony.

In summary, the missing bills are a treasure trove of evidence supporting a finding of criminal conspiracy. Please supply a complete copy.

I declare under penalty of perjury that the forgoing is correct. Executed on August 3, 2006.

*Kay S[signature]*

S./ Kay Sieverding, 641 Basswood Ave., Verona, WI 53593 608 848 5721

Case 2:05-cv-02510-JWL-KGS   Document 18-4   Filed 02/21/2006   Page 1 of 1
Case 1:02-cv-01950-EWN-OES   Document 782-4   Filed 01/18/2006   Page 1 of 1

Exhibit C

## LETTUNICH & VANDERBLOEMEN, LLC
### ATTORNEYS AT LAW
ALPINE OFFICE BUILDING
200 LINCOLN AVENUE, SUITE 300
P.O. BOX 773860
STEAMBOAT SPRINGS, COLORADO 80477

ANTHONY E. LETTUNICH
JOHN A. VANDERBLOEMEN

TELEPHONE
(970) 879-8611

TELECOPIER
(970) 879-8881

City of Steamboat Springs                                April 9, 2003
0155. Litigation                                         Page 4




Matter - <u>Sieverding - Litigation</u>

|        |                                                                                                                                                                                                                                                                 | Hours | Amount |
|--------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/4/3  | Exchange emails with Rich Tremaine regarding status of research into Wisconsin cases.                                                                                                                                                                           | 0.30  | 48.00  |
| 2/10/3 | Telephone call from Dave Brougham about status of Wisconsin court documents. Telephone call to Dan Foote who advised me that the documents have arrived. Telephone call to Dave Brougham about documents and next step in motion process.                       | 0.70  | 112.00 |
| 2/11/3 | Review new correspondence from Sieverding regarding Jane Bennett.                                                                                                                                                                                               | 0.40  | 64.00  |
| 2/12/3 | Review new letter form Sieverding to Tremaine regarding Jane Bennett and many city defendants. Telephone call to Dave Brougham - discussed pleadings from Wisconsin court and Sieverding letter. Conference call to magistrate Schlatter. Further discussion with Brougham on notice letter to Sieverding. | 0.90  | 144.00 |

TO:        U.S. District Court 303 335 2040

FROM       Kay Sieverding
           Fax 608 845 3201

DATE       8/3/06

RE:        Attached motion

Please time stamp and fax receipt to 608 845 3201

Thank you    *[signature: Kay S.]*