IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Ty Anderson, Courtroom Deputy Clerk

The Motion for Re-submission of the Missing Attorney Bills (#860) filed August 3, 2006, is DENIED for failure to comply with local rule 7.1(A).

Dated: August 11, 2006