IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

"Defendants Randall Klauzer, James 'Sandy' Horner, J. Richard Tremaine, Klauzer & Tremaine, LLC, and Jane Bennett's Joinder in Motion for Entry of Order to Show Cause" (#864, filed August 11, 2006) and "The Steamboat Springs Defendants' Joinder in Motion for Entry of Order to Show Cause" (#865, filed August 14, 2006) are GRANTED.

Dated: August 15, 2006