IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**ORDER**

---

    Pending before the court are a number of motions filed by Ms. Sieverding, who has apparently relocated to Canada in order to avoid execution of this court's bench warrant for her arrest. The following motions are DENIED as groundless and frivolous: ##921, 919, 914. The following motions are DENIED at this time, without prejudice to renewal, if further proceedings support renewal: ##917 (filed by counsel), 920.

    SO ORDERED.

    Dated this 17th day of October, 2006.

                                         BY THE COURT:

                                         s/ Edward W. Nottingham
                                         EDWARD W. NOTTINGHAM
                                         United States District Judge