IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**ORDER**

---

    The motion for recognition of supreme court cases (#925) is GRANTED. This court recognizes those cases.

    Dated this 17th day of October, 2006.

                                     BY THE COURT:

                                     s/ Edward W. Nottingham
                                     EDWARD W. NOTTINGHAM
                                     United States District Judge