IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

This matter is before the court on a pair of similar motions for judicial notice (##945, 946). The "facts" of which Ms. Sieverding wants judicial notice are not the proper subject of judicial notice. Accordingly, it is ORDERED that the motions be DENIED.

Dated: October 26, 2006