IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**ORDER**

---

The motions for judicial notice (##953, 954, and 955) are all without merit and are therefore DENIED.

Dated this 1st day of November, 2006.

                    BY THE COURT:

                    s/ Edward W. Nottingham
                    EDWARD W. NOTTINGHAM
                    United States District Judge