IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**ORDER**

---

    The motion for judicial notice, etc. (#961) makes no sense and is procedurally improper.

It is DENIED.

    Dated this 13th day of November, 2006.

                                                  BY THE COURT:

                                                  s/ Edward W. Nottingham
                                                  EDWARD W. NOTTINGHAM
                                                  United States District Judge