IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

## **ORDER**

---

    This matter is before the court on Ms. Sieverding's motion to stay certain orders of this court pending appeal (#931). Upon consideration of the motion and response, the court finds and concludes that the appeal is untimely, that Ms. Sieverding is unlikely to succeed on the merits, and that the motion for a stay should, therefore, be DENIED.

    SO ORDERED.

    Dated this 14th day of November, 2006.

                                           BY THE COURT:

                                           s/ Edward W. Nottingham
                                           EDWARD W. NOTTINGHAM
                                           United States District Judge