IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**ORDER**

---

This matter is before the court on Ms. Sieverding's motion for judicial notice (#970). The matter is not one which is the proper subject of judicial notice. The motion is therefore DENIED.

SO ORDERED.

Dated this 17th day of November, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge