IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

## ORDER

Upon consideration of Ms. Sieverding's latest motion for judicial notice (#977), the court finds and concludes that this is not a proper matter for judicial notice. The motion is therefore DENIED.

SO ORDERED.

Dated this 27th day of November, 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge