IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy ClerkDate: June 1, 2007
Therese Lindblom, Court Reporter

Civil Action No.  02-cv-01950-EWN

*Parties:**Counsel:*

KAY SIEVERDING, *et al.,*Warren Williamson for Edward Harris

Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,Brett Huff

Defendants.

---

### COURTROOM MINUTES

**Motion Hearing**

**9:57 a.m.**Court in session.

Appearances of counsel.  Also present are Christopher Beal on behalf of the newspaper defendants; Tracy Van Pelt on behalf of Klauzer and Tremaine, Defendants Horner and Jane Bennett; and David Brougham on behalf of the Steamboat Springs and district attorney defendants.

Discussion regarding current status of this case in the Tenth Circuit**.**  Mr. Beal, Mr. Brougham, and Mr. Williamson respond.

Discussion regarding restricting filings in the Tenth Circuit.

Discussion regarding #991, mandate from the Tenth Circuit stating that this court could enter decrees within the entire circuit, and Defendant's petition for rehearing which has been denied.

*Courtroom Minutes*
*02-cv-01950-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 3*

Court states that it will look again at motions for contempt.

Discussion regarding frivolous filings in this case.

Discussion regarding Plaintiff Kay Sieverding's refusal of court-appointed counsel and insistence on continuing *pro se*.

Plaintiff Kay Sieverding addresses court. She states that she does want representation by the Public Defender.

Mr. Williamson addresses court's order regarding Plaintiff Kay Sieverding's filings with the court.

Court suggests that defense counsel prepare a written order for review by Mr. Williamson to submit to the court addressing filing restrictions.

**ORDERED: 1.** **Plaintiff Kay Sieverding's Motion to Reconsider Civil Contempt Proceedings in Light of November 14, 2006 10th Circuit Orders (#968, filed November 15, 2006) is GRANTED.**

**ORDERED: 2.** **Plaintiff Kay Sieverding's Motion to Stay Contempt of Court Proceedings (#980, filed November 27, 2006) is DENIED as moot.**

**ORDERED: 3.** **Plaintiff Kay Sieverding's Motion for Judicial Notice (#995, filed March 15, 2007) is DENIED.**

**ORDERED: 4.** **Defendants' Motion to Restrict and Reject Future Filings by Kay Sieverding (#1005, filed April 10, 2007) is GRANTED in part, in accordance with court's remarks made this day in open court.**

Discussion with Plaintiff regarding motion to close pleadings.

**ORDERED: 5.** **Plaintiff Kay Sieverding's Motion to Close Pleadings Based on Rule 60(b)(3) and Rule 54 (#1010, filed April 20, 2007) is DENIED as effectively mooted by the relief that the court has granted on the other motions.**

**ORDERED: 6.** **Plaintiff David Sieverding's Motion that Kay Sieverding be Released to Fly to Denver for May 18 Meeting (#1016, filed May 16, 2007) is DENIED as moot.**

*Courtroom Minutes*
*02-cv-01950-EWN*
*Judge Edward W. Nottingham*
*Page 3 of 3*

**ORDERED:   7.        Plaintiff David Sieverding's Motion in Protest of Kay Sieverding Jailing (#1021, filed May 24, 2007) is DENIED as moot.**

**ORDERED:   8.        United States Marshal shall release Ms. Sieverding from custody pending further proceedings.**

**10:32 a.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:35