IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  02-cv-01950- EWN-OES

KAY SIEVERDING, et al.

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.,

    Defendants.
_____

**ORDER RE: MOTION TO RESTRICT
AND REJECT FUTURE FILINGS BY KAY SIEVERDING**
_____

    Considering the City of Steamboat Springs and District Attorney Defendants' Motion to Restrict and Reject Future Filings by Kay Sieverding, the Motion to Close Pleadings based on Rule 60(b)(3) and Rule 54 filed in response by Kay Sieverding, and the arguments presented in the June 1, 2007 hearing on the Steamboat Defendants' Motion, the Court GRANTS Defendants' Motion in Part.

    On April 10, 2007 the Steamboat Defendants filed a motion requesting that Plaintiff be prohibited from filing further pleadings in the above captioned matter.  In response to Defendants' motion, Plaintiff Sieverding filed Motion to Close Pleadings.  Upon consideration of the arguments presented by motion and arguments presented during the June 1, 2007 hearing in this matter the Court GRANTS the Steamboat Defendants' Motion to Restrict and Reject Future Filings by Kay Sieverding in part, and

HEREBY ORDERS that upon future receipt of any, pleading, motion or any other filing presented by Plaintiff, pro se, the Clerk of the U.S. District Court for the District of Colorado is instructed to immediately return the document to Ms. Sieverding.

DATED this 19th day of June, 2007.

BY THE COURT:

s/ Edward W. Nottingham
Edward W. Nottingham
Chief United States District Judge