IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: December 14, 2007

Civil Action No. 02–cv–01950–EWN

| *Parties:* | *Counsel:* |
|---|---|
| KAY SIEVERDING, | Edward Harris |
| DAVID SIEVERDING, | Michael O'Malley |
| ED SIEVERDING, and | *Pro Se* |
| TOM SIEVERDING, | *Pro Se* |
| Plaintiffs, | |
| v. | |
| COLORADO BAR ASSOCIATION, *et al*, | Brett Huff |
| | David Brougham |
| Defendants. | Michael McConnell |
| | Richard Caschette |

---

## COURTROOM MINUTES

**Motion Hearing**

**10:37 a.m.**   Court in session.

Appearances of counsel. Plaintiff David Sieverding is present; neither Mr. Harris nor Mr. O'Malley is present.

Discussion regarding Mr. Sieverding's pending motions.

Discussion regarding filed exhibit.

Court's findings.

**ORDERED: 1.** **Plaintiff David Sieverding's motion under U.S. Judicial Canon III B (3) (#1034, filed October 29, 2007) is DENIED.**

**ORDERED: 2.** **Plaintiff David Sieverding's motion to supplement and clarify (#1038, filed November 20, 2007) is DENIED.**

**ORDERED: 3.** **Plaintiff David Sieverding's amended motion (#1049, filed December 10, 2007) is DENIED.**

**10:59 am.** Court in recess.

Hearing concluded.

Total time in court: 00:22