IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.,*

     Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

     Defendants.

---

## ORDER

     This matter is before the court on KAY Sieverding's motion (#1054) for clarification of an oral bench ruling denying a motion made by DAVID Sieverding. The court has reviewed the motion, finds it to be without merit, and denies it.

     **SO ORDERED**

     Dated this 3rd day of January, 2008.

                          BY THE COURT:


                          s/ Edward W. Nottingham
                          EDWARD W. NOTTINGHAM
                          Chief United States District Judge