IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.,*

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

## **ORDER**

---

The matter before the court is David Sieverding's question to the court, stated as a motion (#1063). The entire record in this case is open to inspection. That can be accomplished by Mr. Sieverding. The motion is therefore DENIED.

Dated this 12th day of March, 2008.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                Chief United States District Judge