IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.,*

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al*.,

    Defendants.

---

**ORDER**

---

The most recent motion of Mr. Sieverding (#1065) is DENIED for reasons already stated in the court's previous order (#1064) dated March 12, 2008.

Dated this 14th day of March, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge