IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.,*

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

# ORDER

---

This case comes before the court on several motions filed by David Sieverding --- Doc. Nos. 1069, 1070, 1071, 1072, and 1073. The court has reviewed the motions and finds that they are without merit or moot. Accordingly, it is

**ORDERED** that Doc. Nos. 1069 and 1072 are DENIED on the merits. Doc. Nos. 1070, 1071, and 1073 are DENIED as moot.

Dated this 21st day of July, 2008.

                          BY THE COURT:

                          s/ Edward W. Nottingham
                          EDWARD W. NOTTINGHAM
                          Chief United States District Judge