IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.,*

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

# ORDER

---

This matter comes before the court on Sieverding's motion for certain information (#1075). The Motion is repetitive of previous filings and has no merit, as the court has been sufficiently clear about its actions in this case. The motion is therefore DENIED.

**SO ORDERED.**

Dated this 22nd day of August, 2008.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              Chief United States District Judge