IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–MEH

KAY SIEVERDING, *et al.,*

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

---

**ORDER**

---

This matter comes before the court on a number of similar motions filed by David Sieverding (Nos. 1081 -- 1085). There is no factual or legal basis for these motions, and they appear vexatious and harassing. They are all DENIED.

**SO ORDERED.**

Dated this 29th day of August, 2008.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          Chief United States District Judge