IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  02-cv-01950-WYD

KAY SIEVERDING, et al.,

   Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.,

   Defendants.

---

### ORDER OF RECUSAL

---

THIS MATTER is before the Court on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, former counsel for Defendants WorldWest Limited Liability Company, d/b/a *The Steamboat Pilot & Today*, and Suzanne Schlicht [hereinafter "the Newspaper Defendants"].  Pending before the Court is Plaintiff David Sieverding's Motion for relief [doc. #1110] from Judge Nottingham's order awarding Faegre & Benson attorney fees in the amount of $12,368.00 [doc. #911].  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I am recusing myself.

This conflict did not come to my attention until recently because Faegre & Benson presently is not listed as counsel in this case.  On May 14, 2007, counsel for the Newspaper Defendants filed a Notice of Change of Firm Affiliation and Address whereby they notified the Court that their firm affiliation had changed from Faegre &

Benson to Levine Sullivan Koch & Schulz, LLP.  I discovered the conflict when reviewing the motions pending before the Court.  Accordingly, it is hereby

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated:  August 4, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge