IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 02-cv-01950-CMA

KAY SIERVERDING, et al.,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.,

    Defendants.

## ORDER DENYING MOTIONS

This matter is before the Court on Plaintiffs' Motion to Admit Evidence of Kay Sieverding's Verified Complaint (Doc. # 1099), "Unopposed Motion for relief from order document number 911" ("Motion for Relief") (Doc. # 1110), and Motion to Expedite (Doc. # 1112.)  All three Motions are DENIED.

In Doc. # 1098, Plaintiffs seek to admit evidence regarding property tax exhibits from Routt County and information concerning former Judge Nottingham.  Yet, as Plaintiffs know, this case has been closed for more than five years, so there is no reason to admit any evidence.  The Court considers this Motion moot and frivolous.

Turning to the Motion for Relief, notwithstanding this Court's previous orders, orders from the Tenth Circuit Court of Appeals, contempt proceedings, jail time, logic and common sense, Plaintiffs have filed yet another motion that amounts to nothing but a frivolous attack on the May 2004 attorneys fees award against them.  Much like their

previous motions to set aside the attorneys fees award, the instant Motion for Relief lacks both a legal and factual basis.  And, much like their previous frivolous motions, the Motion for Relief contains outright misrepresentations of the facts of this case.

As previous opinions in this case have noted, Plaintiffs' were repeatedly advised of the basis for the attorneys fees award at issue.  The Tenth Circuit Court of Appeals has already passed judgment on this issue on multiple occasions, and this Court need not do so again.  As that court stated in its most recent opinion in this litigation, "There is nothing left to be reviewed from this district court case." (Doc. # 1098.)  Thus, the Court wishes to warn Plaintiffs that their continued disregard for the orders of this and other courts **will** result in additional sanctions and/or findings of contempt.

Accordingly, the Motion to Admit Evidence (Doc. # 1099), Motion for Relief (Doc. # 1110), and Motion to Expedite  (Doc. # 1112) are DENIED;

IT IS FURTHER ORDERED that, consistent with earlier orders in this case, Defendants shall be relieved of their obligation to confer with Plaintiffs or respond to any dispositive motion filed by Plaintiffs; and

IT IS FURTHER ORDERED that, consistent with earlier orders in this case, any motion filed by Plaintiffs shall be considered opposed by Defendants.

DATED:  September   11  , 2009

BY THE COURT:

_/s/ Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge

2