**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 02-cv-01950-CMA

KAY SIERVERDING, et al.,

     Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.,

     Defendants.

---

**ORDER STRIKING MOTION**

---

     This matter is before the Court on Plaintiffs' Motion for Order to Take Judicial Notice.  (Doc. # 1118.)

     For some reason, Plaintiffs have not recognized that this case is closed and has been for years.  So, inexplicably, Plaintiffs continue to waste this Court's time with frivolous motions like the instant Motion for Order.  In making their frivolous motions, Plaintiffs have also ignored the fact that Judge Nottingham previously directed the Clerk of the U.S. District Court for the District of Colorado to reject any pleadings, motions, or other papers submitted by Plaintiff Kay Sieverding, *pro se*.  (*See* Doc. # 1025.)

     Accordingly, the Court will STRIKE Plaintiffs' Motion for Order to Take Judicial Notice (Doc. # 1118); and

     FURTHER ORDERS that upon future receipt of any, pleading, motion or any other filing presented by Ms. Sieverding, *pro se*, the Clerk of the U.S. District Court

for the District of Colorado is instructed to immediately return the document to Ms. Sieverding.  This includes any such documents containing Ms. Sieverding's signature, whether submitted by Ms. Sieverding, herself, or by Plaintiff David Sieverding.

DATED:  September 28 , 2009

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge