**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 02-cv-01950-CMA

KAY SIERVERDING, et al.,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.,

    Defendants.

_____

**MINUTE ORDER STRIKING MOTIONS**
_____

ENTERED BY CHRISTINE M. ARGUELLO

    Plaintiff David Sieverding's Motion for Judicial Notice (Doc. # 1123); Motion for Judicial Notice (Doc. # 1124); and Motion to Alter or Amend Judgment (1125) are STRIKEN.

    This Court and the Tenth Circuit Court of Appeals have repeatedly told Plaintiffs that this case is over, there is nothing left to decide.  For whatever reason, Plaintiffs cannot get this concept into their respective heads and they continue to file frivolous motions and papers that do nothing but waste this Court's time and resources.  Thus, the Court will once again warn Plaintiffs that future frivolous filings and failures to adhere to the Rules and Orders of this Court may result in more sanctions up to and including being held in contempt of court and restrictions on Mr. Sieverding's ability to file papers with this Court.

    DATED: October 9, 2009.