# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 02-cv-01950-CMA

KAY SIERVERDING, et al.,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.,

    Defendants.

---

## ORDER
_____

    THIS MATTER comes before the Court *sua sponte.* It appears from a review of this Court's docket that despite this Court's Orders of September 28, 2009 (Doc. # 1119) and October 9, 2009 (Doc. # 1130), Plaintiffs continue to file frivolous motions and filings in this case. This case has been closed for years and this court lacks jurisdiction over this matter. It is

    ORDERED that the Clerk of the U.S. District Court for the District of Colorado shall not accept any further filings in Case No. 02-cv-01950, encaptioned *Sieverding, et al. v. Colorado Bar Association*, *et al.* It is

    FURTHER ORDERED that upon future receipt of any pleading, motion, or other document presented by **anyone** for filing in Case No. 02-cv-01950, encaptioned *Sieverding, et al. v. Colorado Bar Association, et al.*, the Clerk of the U.S. District Court for the District of Colorado shall reject such filing and immediately return the pleading,

motion, or other document to the person attempting to file any such pleading, motion, or other document.

DATED: October 20, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court